Izzy **ASHKENAZY and Jonathan Agus, Appellants**

v.

**WELLS FARGO, N.A., Appellee.**

No. 05–12–01172–CV.

Court of Appeals of Texas, Dallas.

Jan. 23, 2013.

Frank M. Gilstrap, Arlington, TX, for appellants.

Beverly A. Whitley, Dallas, TX, for appellee.

Before Justices FITZGERALD, FILLMORE and EVANS.

### OPINION

Opinion by Justice EVANS.

Before the Court is appellants' January 16, 2013 unopposed motion to dismiss appeal.  We grant appellants' motion and dismiss the appeal.  *See* Tex.R.App. P. 42.1(a)(1).

Izzy **ASHKENZAY, Appellant**

v.

**LSREF2 CLOVER REO2, LLC, Appellee.**

No. 05–12–01174–CV.

Court of Appeals of Texas, Dallas.

Jan. 23, 2013.

Frank Gilstrap, Arlington, TX, for appellant.

Beverly A. Whitley, Dallas, TX, for appellee.

Before Justices LANG–MIERS, MYERS and LEWIS.

### OPINION

Opinion by Justice MYERS.

Before the Court is appellant's January 16, 2013 unopposed motion to dismiss appeal.  We grant appellant's motion and dismiss the appeal.  *See* Tex.R.App. P. 42.1(a)(1).